UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| **JOHN T. HINES,** | ) | |
| | ) | |
| PETITIONER | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:15-CV-378-DBH |
| | ) | |
| **STATE OF MAINE,** | ) | |
| | ) | |
| RESPONDENT | ) | |

### ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On September 24, 2015, the United States Magistrate Judge filed with the court, with a copy to the petitioner's counsel, his Recommended Decision on 28 U.S.C. § 2254 Petition. The petitioner filed an objection to the Recommended Decision on October 20, 2015. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The petitioner's motion for habeas relief under 28 U.S.C. § 2254 is **DISMISSED** and I **DENY** a certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2254 Cases.

**SO ORDERED.**

**DATED THIS 20TH DAY OF OCTOBER, 2015**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**